IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:23CR215 |
| vs. | |
| JASON UNRUH, | NOTICE OF COMPLIANCE OF LOCAL CRIMINAL RULE 16.1(a) |
| Defendant. | |

COMES NOW the Plaintiff, United States of America, by and through the undersigned Assistant United States Attorney and pursuant to Rule 16.1(a) of the Criminal Rules of the United States District Court for the District of Nebraska, hereby gives notice that discovery material has been provided to the defendant in the above-captioned case on February 7, 2024.

DATED this 17th day of June, 2024.

UNITED STATES OF AMERICA
Plaintiff

SUSAN T. LEHR
United States Attorney

By:  s/ Thomas J. Kangior
THOMAS J. KANGIOR, #21496
Assistant U.S. Attorney
1620 Dodge Street, Suite 1400
Omaha, NE  68102-1506
Tel:  (402) 661-3700
Fax:  (402) 345-5724
E-mail:  thomas.kangior@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered participants.

s/ Thomas J. Kangior
Assistant U.S. Attorney