IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                Plaintiff

vs.

JASON UNRUH,

                Defendant.

8:23CR215

ADOPTION OF PRESENTENCE
INVESTIGATION REPORT AND
PLAINTIFF'S STATEMENT

COMES NOW Plaintiff, United States of America, by and through the undersigned Assistant United States Attorney, and hereby states it has no objections, additions, or changes to be made to the Presentence Investigation Report completed in connection with this case. At this time, Plaintiff anticipates offering no evidence at sentencing, other than to rebut or address those issues raised by Defendant, if any. Plaintiff hereby adopts the information and materials contained within the Presentence Investigation Report.

Dated this 9th day of January, 2025.

UNITED STATES OF AMERICA,
Plaintiff

SUSAN T. LEHR
United States Attorney

By:   s/ Thomas J. Kangior
      THOMAS J. KANGIOR, #21496
      Assistant U.S. Attorney
      1620 Dodge Street, Suite 1400
      Omaha, NE 68102-1506
      Tel: (402) 661-3700
      Fax: (402) 345-5724
      E-mail: thomas.kangior@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 9, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered participants.

I further certify that a true and correct copy of the foregoing was delivered to the following non CM/ECF participant via email.


Lisa M Mayland
U.S. Probation and Pretrial Services Officer
lisa_mayland@nep.uscourts.gov


s/ Thomas J. Kangior
Assistant U.S. Attorney